**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

Courtroom Deputy: Kathy Preuitt-Parks  
Court Reporter: Gwen Daniel

Date: July 2, 2009  
Time: 43 minutes

**CASE NO.   09-cv-01565-PAB**

| Parties | Counsel |
|---|---|
| **MICHAEL L. WHITBY,** | Peter Bornstein |
| Plaintiff (s), | |
| vs. | |
| **LIME FINANCIAL SERVICES, LTD, DEUTSCHE BANK AND TRUST CO., PUBLIC TRUSTEE, Denver City and County,** | Marcy McDermott |
| Defendant (s). | |

**HEARING ON MOTION FOR TEMPORARY RESTRAINING ORDER**

**9:39 a.m.     COURT IN SESSION**

APPEARANCES OF COUNSEL.

**Plaintiff's Motion for Temporary Restraining Order (Doc #2), filed 7/1/09**

Page Two
09-cv-01565-PAB
July 2, 2009

Court directs counsel to address the issue of why the property in dispute does not fall within exemption under the truth and lending act.

**9:41 a.m.**     Argument by Mr. Bornstein.

**9:47 a.m.**     Marcy McDermott is present on behalf of defendant

Court advises Ms. McDermott of what issue she should address and Mr. Bornstein's argument.

**9:48 a.m.**     Argument by Ms. McDermott.

**9:52 a.m.**     Further argument by Mr. Bornstein.

**9:57 a.m.**     Further argument by Ms. McDermott.

Court states its findings and conclusions.

**ORDERED:**  Plaintiff's Motion for Temporary Restraining Order (Doc #), filed 7/1/09 is **DENIED.**

**10:13 a.m.**   Further argument by Mr. Bornstein.

Court supplements its findings and conclusions.

**ORDERED:**  Plaintiff shall provide the Court with a status report indicating the results of the foreclosure proceedings and if the plaintiff wishes to schedule a hearing on the Motion for Preliminary Injunction by **July 13, 2009**.

**ORDERED:**  Defendants shall file their status report as a result of the foreclosure proceedings and their position how this matter should proceed by **July 13, 2009.**

**10:22 a.m.   COURT IN RECESS**

**Total in court time:         43 minutes**

**Hearing concluded**