# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: November 6, 2009 |
| Court Reporter: Janet Coppock | Time: 46 minutes |

**CASE NO.   09-cv-01565-PAB**

| Parties | Counsel |
|---|---|
| **MICHAEL L. WHITBY,** | Peter Bornstein |
| Plaintiff (s), | |
| vs. | |
| **LIME FINANCIAL SERVICES, LTD, DEUTSCHE BANK AND TRUST CO., PUBLIC TRUSTEE, Denver City and County,** | Tami Sapp<br>Susan Hendrick |
| Defendant (s). | |

## HEARING ON MOTION TO DISMISS

**8:08 a.m.     COURT IN SESSION**

APPEARANCES OF COUNSEL.

Defendant Deutsche Bank and Trust Company's Motion to Dismiss or in the Alternative for Summary Judgment (Doc #12), filed 7/24/09.

Page Two
09-cv-01565-PAB
November 6, 2009

**8:09 a.m.**  Comments by Mr. Bornstein in response to the Court's inquiry.

**8:34 a.m.**  Argument by Ms. Hendrick.

**8:46 a.m.**  Rebuttal argument by Mr. Bornstein.

**ORDERED:**  Defendant Deutsche Bank and Trust Company's Motion to Dismiss or in the Alternative for Summary Judgment (Doc #12), filed 7/24/09 is **TAKEN UNDER ADVISEMENT.**

**8:54 a.m.**  **COURT IN RECESS**

**Total in court time:**     46 minutes

**Hearing concluded**